**Order entered March 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

### No. 05-22-00059-CV
_____

### MD TAUHID CHOUDHURY, Appellant

### V.

### ONE WORLD FUNDING LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09693**

### ORDER

On February 22, 2022, after being informed by the court reporter that appellant had not requested the reporter's record, we directed appellant to file, within ten days, written verification that he had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied to date. *See* TEX. R. APP. P. 37.3(c).

Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than April 11, 2022.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE